WILL WARREN ET AL. V. THE STATE.

No. 8956.   Delivered May 6, 1925.

Forfeiture of Appeal Bond—Dismissed.

    Appellants, by a written motion, have requested that the appeal be dismissed, and it is so ordered.

Appeal from the District Court of Lee County.   Tried below before the Hon. R. J. Alexander, Judge.

Appeal from a judgment making final the forfeiture of an appeal bond.

*Watson & Simmang,* for appellants.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—This is an appeal from a judgment making final the forfeiture of an appeal bond.

Appellants, by a written motion, have bequested that the appeal be dismissed.

The motion is granted.

*Appeal dismissed.*